1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TEODITA V. TACAS** ) | Case No.  CIV-09-2144 EFB |
| ) | |
| ) | **STIPULATION AND ORDER** |
| **Plaintiff,** ) | **EXTENDING PLAINTIFF'S TIME TO** |
| ) | **FILE MEMORANDUM IN SUPPORT** |
| v. ) | **OF SUMMARY JUDGMENT** |
| ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from April 19, 2010, to June 22, 2010.   This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: April 19, 2010          */s/Bess M. Brewer*
                                BESS M. BREWER
                                Attorney at Law

                                Attorney for Plaintiff


Dated: April 19, 2010          Benjamin B. Wagner

                                United States Attorney

                                */s/ Daniel Talbert*
                                DANIEL TALBERT

                                Special Assistant U.S. Attorney
                                Social Security Administration

                                Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED. However, in light of the length of this extension, plaintiff is admonished that no further extensions will be granted to plaintiff in this case absent a showing of good cause.

DATED: April 20, 2010.

EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE

2