1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

6

7

8
                        IN THE UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10
   TEODITA V. TACAS                    )        Case No.  CIV-09-2144 EFB
11                                      )
                                        )
12                                      )        STIPULATION AND ORDER
            Plaintiff,                  )        EXTENDING PLAINTIFF'S TIME TO
13                                      )        FILE MEMORANDUM IN SUPPORT
   v.                                   )        OF SUMMARY JUDGMENT
14                                      )
   MICHAEL J. ASTRUE                    )
15 Commissioner of Social Security      )
   of the United States of America,     )
16                                      )
            Defendant.                  )
17                                      )
                                        )
18

19        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with

20 the permission of the Court as evidenced below, that the Plaintiff's time to file the summary

21 judgment in this case is hereby extended from June 22, 2010, to July 28, 2010.   This extension is

22 required due to Plaintiff's counsel's impacted briefing schedule.

23

24

25 / / / /

26 / / / /

27 / / / /

28

                                            1

1  Dated: June 22, 2010                          */s/Bess M. Brewer*
                                                 BESS M. BREWER
2                                                Attorney at Law

3                                                Attorney for Plaintiff

4

5
   Dated: June 23, 2010                          Benjamin B. Wagner
6                                                United States Attorney
                                                 */s/ Daniel Talbert*
7                                                DANIEL TALBERT

8                                                Special Assistant U.S. Attorney

9                                                Attorney for Defendant

10

11                                  **ORDER**

12
    APPROVED AND SO ORDERED.  However, plaintiff is advised that given the length of time since

13
    defendant's answer and the administrative transcript were filed, the court is not inclined to grant plaintiff

14
    any further extensions in this case absent a showing of substantial cause.

15
    DATED:  June 28, 2010.

16

17                                 EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

                                            2