1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TEODITA V. TACAS**, <br><br> Plaintiff, <br><br> v. <br><br> **MICHAEL J. ASTRUE** <br> **Commissioner of Social Security** <br> **of the United States of America,** <br><br> Defendant. | Case No. CIV-09-2144 EFB <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from July 28, 2010, to July 30, 2010.  Although Plaintiff's counsel has already been granted two lengthy extensions, she requests an additional two days to complete Ms. Tacas' brief due to her crushing briefing schedule.  She understands that no additional extensions will be granted.

/ / / /

/ / / /

/ / / /

| | |
|---|---|
| Dated: July 28, 2010 | */s/Bess M. Brewer* |
| | BESS M. BREWER |
| | Attorney at Law |
| | |
| | Attorney for Plaintiff |

| | |
|---|---|
| Dated: July 28, 2010 | Benjamin B. Wagner |
| | United States Attorney |
| | */s/ Daniel Talbert* |
| | DANIEL TALBERT |
| | Special Assistant U.S. Attorney |
| | |
| | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: August 3, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2